## SORIC v. IMMIGRATION AND NATURALIZATION SERVICE.

No. 610.   Decided December 13, 1965.

*Nathan T. Notkin* for petitioner.

*Solicitor General Marshall* for respondent.

PER CURIAM.

Upon the stipulation of the parties and an examination of the entire record, the petition for a writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court with instructions to remand to the Immigration and Naturalization Service for consideration of claims for relief as authorized by the 1965 amendments to the Immigration and Nationality Act.

## MOODY v. UNITED MINE WORKERS LOCAL FOR THE UNITED STATES ET AL.

No. 852, Misc.   Decided December 13, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.